# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

AMY NEEF, et. al., :

        Plaintiff, : Case No. 3:12-cv-396

:

-vs- : Judge Walter Herbert Rice

SINCLAIR COMMUNITY COLLEGE, :
et al.,

        Defendant. :

## DISMISSAL ORDER

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution.

April 9, 2013

                                                      WALTER H. RICE, JUDGE
                                                      UNITED STATES DISTRICT COURT