# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

AMY NEEF, et. al.,      :

            :

    Plaintiff,

            :

  -vs-

SINCLAIR COMMUNITY COLLEGE,  :
et al.,

            :

    Defendant.

Case No. 3:12-cv-396

Judge Walter Herbert Rice

---

## DISMISSAL ORDER

---

    IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution.

April 9, 2013

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT